IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAH BOONE, et al., ) | |
| ) | |
| Plaintiffs, ) | NO. 3:22-cv-00191 |
| ) | |
| v. ) | JUDGE RICHARDSON |
| ) | |
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have filed a "Stipulation to Dismiss" (Doc. No. 62, "Stipulation") which was filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and signed by counsel for all parties.

Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice as to the claims of Plaintiffs,[1] the dismissal in fact is with prejudice at to the claims of Plaintiffs.[2]

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice as to the claims of Plaintiffs and without prejudice as to the claims of members of the putative class. The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Herein, "Plaintiffs" refers to Tifanie Booze, Brad Hoffman, Luis Guiterrez, and Kurt Schay, collectively.

[2] As the Stipulation states, dismissal is without prejudice as to the claims of members of the putative class.