# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Luis Guiterrez, et al.

                        Plaintiff,

v.                                       Case No.: 3:22−cv−00191

Nissan North America, Inc.

                        Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/24/2024 re [63].

                                                          Lynda M. Hill
                                               s/ Kim Chastain, Deputy Clerk